IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RHONE-POULENC AGRO, S.A., | ) | |
| (Now known as Aventis Crop Science SA), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:97CV1138 |
| | ) | |
| MONSANTO COMPANY, | ) | |
| (Now known as Pharmacia Corp.), | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DEKALB GENETICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the contemporaneously filed Memorandum Opinion, the Director of the Patent and Trademark Office is instructed to add Rick DeRose, Georges Freyssinet, Michel Lebrun, Bernard Leroux, and Alain Sailland as joint inventors of U.S. Patent 6,040,497 (dated March 21, 2000). However, for U.S. Patent 5,554,798 (dated September 10, 1996) it is determined that conception had occurred prior to any of the applicants making a significant inventive contribution and that their application to be added as joint inventors on that patent is DENIED.

This the day of August 7, 2006

                                          /s/ N. Carlton Tilley, Jr.
                                      United States District Judge